Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Massachusetts ~revised 13 5/1/08

Case number (if known) _____  Chapter 7

☐ Check if this an amended filing

# Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

    Check one:

    ■ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **Medrobotics Corporation**

3. Other names you know the debtor has used in the last 8 years

    Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

    ☐ Unknown
    001019816
    EIN

5. Debtor's address

    **Principal place of business**
    475 Paramount Drive
    Number    Street

    Raynham MA 02767-0000
    City    State    Zip Code

    Bristol
    County

    **Mailing address, if different**
    Number    Street
    P.O. Box
    City    State    Zip Code

    **Location of principal assets, if different from principal place of business**
    Number    Street
    City    State    Zip Code

6. Debtor's website (URL): https://medrobotics.com/

7. Type of debtor
    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

    Check one:

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Medrobotics Corporation**           Case number *(if known)*

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ■ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____
  - Debtor _____ Relationship _____
  - District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

## Part 3: Report About the Case

**10. Venue**    *Check one:*

- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Luis A. Perez | Wages plus retention bonus (less distribution from AG) | $23353.37 |
| | | $ |
| | | $ |
| Valerie Balaga | Wages ($50,769) and Expenses ($15,000);(less distribution from AG) | $64882.95 |
| | | $ |
| | | $ |
| Hugh Tripp | Judgment creditor | $12597.12 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $100833.44 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

Debtor   **Medrobotics Corporation**                                              Case number *(if known)*

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**Luis A. Perez** — Name<br>**24307 Ravenna Landing Loop** — Number Street<br>**Spring TX 77389-0000** — City / State / Zip Code | **Jesse I. Redlener** — Printed name<br>**Ascendant Law Group LLC** — Firm name, if any<br>**2 Dundee Park Drive, Suite 102** — Number Street<br>**Andover MA 01810-0000** — City / State / Zip Code<br>Contact phone **978-409-2038**   Email **jr@ascendantlawgroup.com**<br>Bar number **646851**<br>State **MA** |
| **Name and mailing address of petitioner's representative, if any** | |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on **January 24, 2022** (MM/DD/YYYY)<br>**/s/**<br>Signature of petitioner or representative, including representative's title | **/s/ Jesse I. Redlener**<br>Signature of attorney<br>Date signed **January 24, 2022** (MM/DD/YYYY) |

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**Valerie Balaga** — Name<br>**1202 Burden Lake Rd** — Number Street<br>**Averill Park NY 12018-0000** — City / State / Zip Code | Printed name<br>Firm name, if any<br>Number Street<br>City / State / Zip Code<br>Contact phone   Email **jr@ascendantlawgroup.com**<br>Bar number<br>State **MA** |
| **Name and mailing address of petitioner's representative, if any** | |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on **January 24, 2022** | **/s/** |

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

| Debtor | **Medrobotics Corporation** | Case number *(if known)* |
|---|---|---|

|  |  |
|---|---|
| MM / DD / YYYY | Signature of attorney |
|  | Date signed  **January 24, 2022** |
|  | MM / DD / YYYY |
| /s/ |  |
| Signature of petitioner or representative, including representative's title |  |

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

Name and mailing address of petitioner
**Hugh Tripp**
Name

Printed name

**334 Franklin Street**
Number       Street
**Mansfield MA 02048-0000**
City                  State        Zip Code

Firm name, if any

Number      Street

Name and mailing address of petitioner's representative, if any

City                   State        Zip Code
Contact phone           Email   **jr@ascendantlawgroup.com**

Name

Bar number

State      **MA**

Number    Street

City                   State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **January 24, 2022**
MM / DD / YYYY

/s/
Signature of attorney
Date signed   **January 24, 2022**
MM / DD / YYYY

/s/
Signature of petitioner or representative, including representative's title

Debtor    **Medrobotics Corporation**                                                              Case number (if known)

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                          **Attorneys**

Name and mailing address of petitioner
**Luis A. Perez**
Name

**24307 Ravenna Landing Loop**
Number    Street
**Spring TX 77389-0000**
City                State        Zip Code

Name and mailing address of petitioner's representative, if any

*Luis Perez* (signed)
Name

*24307 Ravenna Landing Loop* (handwritten)
Number    Street
*Spring    TX    77389* (handwritten)
City            State        Zip Code

**Jesse I. Redlener**
Printed name

**Ascendant Law Group LLC**
Firm name, if any
**2 Dundee Park Drive, Suite 102**
Number    Street
**Andover MA 01810-0000**
City            State        Zip Code
Contact phone    **978-409-2038**    Email    **jr@ascendantlawgroup.com**

Bar number    **646851**

State    **MA**

I declare under penalty of perjury that the foregoing is true and correct
Executed on    **January 17, 2022**
MM / DD / YYYY

(signature)

Signature of petitioner or representative, including representative's title

Signature of attorney
Date signed    **January 17, 2022**
MM / DD / YYYY

**Petitioners or Petitioners' Representative**                          **Attorneys**

Name and mailing address of petitioner
**Valerie Balaga**
Name

**1202 Burden Lake Rd**
Number    Street
**Averill Park NY 12018-0000**
City                State        Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                State        Zip Code

Printed name

Firm name, if any

Number    Street

City            State        Zip Code
Contact phone        Email    **jr@ascendantlawgroup.com**

Bar number

State    MA

I declare under penalty of perjury that the foregoing is true and correct
Executed on    **January 17, 2022**

Official Form 205                Involuntary Petition Against a Non-Individual                page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Medrobotics Corporation**                                         Case number *(if known)*

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner
**Luis A. Perez**
Name

**24307 Ravenna Landing Loop**
Number    Street
**Spring TX 77389-0000**
City                State       Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **January 17, 2022**
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

**Jesse I. Redlener**
Printed name

**Ascendant Law Group LLC**
Firm name, if any
**2 Dundee Park Drive, Suite 102**
Number  Street
**Andover MA 01810-0000**
City              State      Zip Code
Contact phone  **978-409-2038**    Email  **jr@ascendantlawgroup.com**

Bar number    **646851**

State         **MA**

Signature of attorney
Date signed   **January 17, 2022**
              MM / DD / YYYY

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner
**Valerie Balaga**
Name

**1202 Burden Lake Rd**
Number    Street
**Averill Park NY 12018-0000**
City                State       Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **January 17, 2022**

Printed name

Firm name, if any

Number  Street

City              State      Zip Code
Contact phone              Email  **jr@ascendantlawgroup.com**

Bar number

State         **MA**

Official Form 205                   Involuntary Petition Against a Non-Individual                     page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Medrobotics Corporation**  Case number *(if known)*

MM / DD / YYYY

Signature of attorney
Date signed  **January 17, 2022**
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

**Petitioners or Petitioners' Representative**   **Attorneys**

Name and mailing address of petitioner
**Hugh Tripp**
Name   Printed name

**334 Franklin Street**
Number  Street   Firm name, if any
**Mansfield MA 02048-0000**
City   State   Zip Code   Number   Street

Name and mailing address of petitioner's representative, if any   City   State   Zip Code
Contact phone   Email  **jr@ascendantlawgroup.com**

Name

Bar number

State  **MA**

Number   Street

City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **January 17, 2022**
MM / DD / YYYY

Signature of attorney
Date signed  **January 17, 2022**
MM / DD / YYYY

*[signature]*
Signature of petitioner or representative, including representative's title

Official Form 205   Involuntary Petition Against a Non-Individual   page 4

OLF 7 (Official Local Form 7)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Medrobotics Corporation,

Case No. 7

Chapter

Debtor

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] Hugh Tripp _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in ~~any~~ the Involuntary Petition (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: January 17, 2022

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 1/24/2022

Signed: _____
(Attorney for Affiant /s/used by Registered ECF Users Only)

OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Medrobotics Corporation,

Case No. 7

Chapter

Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I [We] Luis Perez _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in the Involuntary Petition (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: January __, 2022

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 1/24/2022

Signed: _____
(Attorney for Affiant - /s/ used by Registered ECF Users Only)

OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re Medrobotics Corporation,

Case No. 7

Chapter

Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] Valerie Balga _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in ~~my~~ Involuntary Petition (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: January 19, 2022

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 1/24/2022

Signed: _____
(Attorney for Affiant - /s/ used by Registered ECF Users Only)