## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re:* | ) | Chapter 7 |
| | ) | |
| MEDROBOTICS CORPORATION, | ) | Case No. 22-10077-FJB |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PLEADINGS

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Jennifer V. Doran and the law firm of Hinckley, Allen & Snyder LLP, as counsel for Bigcamp, LLC.  The undersigned requests that notices of all matters be served as follows:

> Jennifer V. Doran, Esq.
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109
> Telephone: (617) 345-9000
> Facsimile: (617) 345-9020
> Email: jdoran@hinckleyallen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or  informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise,

which affect the Debtor or the property of the Debtor filed by any party in the above-

captioned case.

                                        BIGCAMP, LLC

                                        By its attorneys,

                                        /s/ *Jennifer V. Doran*
                                        Jennifer V. Doran
                                        Hinckley, Allen & Snyder LLP
                                        28 State Street
                                        Boston, MA 02109-1775
                                        (617) 345-9000 (Phone)
                                        (617) 345-9020 (Fax)
                                        jdoran@hinckleyallen.com

Dated: March 8, 2022

## CERTIFICATE OF SERVICE

I, Jennifer V. Doran, attorney for Bigcamp, LLC, hereby certify that I have this 8th day of March, 2022, served a copy on the following interested parties of the within Notice of Appearance and Request for Notice, via ECF.

                                        /s/ *Jennifer V. Doran*

61934168 v1